# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

145587

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GERALD SIDNEY RACE, III,
      Defendant-Appellant.

SC: 145587
COA: 310210
Mecosta CC: 09-006574-FC
          09-006659-FH

_____/

      On order of the Court, the application for leave to appeal the June 19, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

t1113